Brian N. Platt (WSBA No. 34089)
bplatt@wnlaw.com
Collin D. Hansen (*pro hac vice* forthcoming)
chansen@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for Plaintiff Axcess Global Sciences, LLC*

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AXCESS GLOBAL SCIENCES, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>SALES VENUE, INC. dba SNAP SUPPLEMENTS, VLADIMIR NESTERENCO, and MAX MIKHAYLENKO,<br><br>                    Defendants. | Case No: _____<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Axcess Global Sciences, LLC ("AGS" or "Plaintiff") complains and alleges the following against Defendants Sales Venue, Inc. dba Snap Supplements ("Snap"), Vladimir Nesterenco ("Nesterenco"), and Max Mikhaylenko ("Mikhaylenko") (collectively, "Defendants").

**NATURE OF THE CLAIMS**

1. This is an action for patent infringement under 35 U.S.C. §§ 1, *et seq*.

COMPLAINT - 1

2.      Plaintiff is the owner of U.S. Pat. Nos. 11,241,403 (the "'403 Patent") and 11,020,362 (the "'362 Patent") (collectively, the "Asserted Patents"). *See* Exs. A and B. The Asserted Patents include claims for unique formulations of the health supplement Beta-Hydroxybutyrate ("BHB").

3.      Defendants make, use, offer for sale, sell, and/or import a product called Snap BHB Keto Burn ("Snap BHB") that infringes the Asserted Patents:



https://snapsupplements.com/keto

4.      Plaintiff is a direct competitor of Defendants in the dietary supplements market and specifically for BHB and ketone supplements.

5.      Plaintiff has suffered harm from Defendant's infringement of the Asserted Patents, including in the form of lost profits.

6.      Plaintiff's immediate, irreparable injuries have no adequate remedy at law, and Plaintiff is entitled to injunctive relief and up to three times its actual damages and/or an award of Defendant's profits, as well as costs and reasonable attorney fees.

COMPLAINT - 2

## THE PARTIES

7. Plaintiff AGS is a Utah limited liability company with a principal place of business at 2157 Lincoln Street, Salt Lake City, UT 84106.

8. Defendant SalesVenue, Inc. dba Snap Supplements is a Delaware corporation with a principal place of business at 11012 NE 39TH St., Suite C5, Vancouver, WA 98682-6791.

9. On information and belief, Defendant Nesterenco is a Washington resident residing in or near the city of Vancouver, WA. Defendant Nesterenco is a co-founder and CEO of Snap Supplements, LLC which, on information and belief, is an affiliate of SalesVenue, Inc. Prior to March 14, 2022, Defendants operated Snap Supplements as a limited liability company—Snap Supplements LLC. On information and belief, on March 14, 2022, Defendants voluntarily dissolved the LLC, yet continue to operate Snap Supplements out of the same facility located at 4207 NE 78th St, #190, Vancouver, WA 98665.

10. On information and belief, Defendant Mikhaylenko is a Washington resident residing in or near the city of Vancouver, WA. Defendant Mikhaylenko is a co-founder and COO of Snap Supplements, LLC which, on information and belief, is an affiliate of SalesVenue, Inc. Prior to March 14, 2022, Defendants operated Snap Supplements as a limited liability company— Snap Supplements LLC. On information and belief, on March 14, 2022, Defendants voluntarily dissolved the LLC, yet continue to operate Snap Supplements out of the same facility located at 4207 NE 78th St, #190, Vancouver, WA 98665.

## JURISDICTION

11. This matter arises under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*. Thus, the Court has federal question subject matter jurisdiction under 28 U.S.C. §§ 1331, 1338.

12. The Court has personal jurisdiction over the Defendants, and venue is proper in this District pursuant to 28 U.S.C. § 1400(b), at least because the Defendants reside in this District,

COMPLAINT - 3

have a regular and established place of business in this District, have employees in this District, and committed a substantial portion of the misconduct giving rise to this action from within this District.

## BACKGROUND

13. Plaintiff is a leader and innovator in the field of exogenous ketones and ketogenic precursor supplement products. These products aid the body in producing and sustaining elevated levels of ketone bodies in the blood and assist in the body's transition into nutritional ketosis. Plaintiff has patent rights in many unique formulations of BHB, including those claimed in the Asserted Patents.

14. Defendants make, use, advertise, offer for sale, sell, and/or import Snap BHB with a formulation that infringes Plaintiff's exclusive rights in the Asserted Patents.

15. Defendants offer for sale and sell Snap BHB on their website (www.snapsupplements.com/keto) and the websites of third-party retailers like GNC (www.gnc.com/591331.html), Walmart (www.walmart.com/ip/1798657894), and Amazon (www.amazon.com/dp/B07JJYD2X3/).

16. On information and belief, Defendants have made, used, offered for sale, sold, and/or imported Snap BHB continuously since at least December 2018.

17. Plaintiff has no prior relationship with Defendants and only learned of the infringement alleged herein after retaining outside counsel to investigate other, unrelated infringements of Plaintiff's intellectual property.

18. Defendants' infringements have injured Plaintiff. Plaintiff's immediate, irreparable injuries have no adequate remedy at law, and Plaintiff is entitled to injunctive relief and up to three times its actual damages and/or an award of Defendant's profits, as well as costs and reasonable attorney fees.

COMPLAINT - 4

**FIRST CAUSE OF ACTION**
**Patent Infringement – '403 Patent**
**35 U.S.C. §§ 1,** *et seq.*

19. Plaintiff incorporates and realleges each and every allegation of the preceding paragraphs as if fully set forth herein.

20. Plaintiff owns all rights in the '403 Patent.

21. The '403 Patent is valid, enforceable, and was issued in full compliance of the patent laws of the United States.

22. Plaintiff and its licensees have marked their products in accordance with 35 U.S.C. § 287(a).

23. Without license or authorization, Defendants make, use, offer for sale, sell, and/or import Snap BHB containing compounds that infringe the '403 Patent.

24. On February 8, 2022, the '403 Patent, titled "Beta-hydroxybutyrate mixed salt compositions and methods of use" was duly and legally issued. A true and correct copy of the '403 Patent is attached as Exhibit A.

25. Snap BHB infringes at least claim 1 of the '403 Patent in the manner described below:

> 1. A composition for increasing ketone level in a subject, comprising:
>    a plurality of beta-hydroxybutyrate salts comprised of:
>
>    at least one beta-hydroxybutyrate salt selected from:
>      calcium beta-hydroxybutyrate; and
>      magnesium beta-hydroxybutyrate; and
>    at least one other beta-hydroxybutyrate salt selected from:
>      sodium beta-hydroxybutyrate;
>      potassium beta-hydroxybutyrate;
>      calcium beta-hydroxybutyrate;
>      magnesium beta-hydroxybutyrate; and
>      amino acid salts of beta-hydroxybutyrate,

COMPLAINT - 5

      wherein the beta-hydroxybutyrate salts comprise at least 20% by total weight of calcium beta-hydroxybutyrate and/or magnesium beta-hydroxybutyrate,

      wherein the composition is in solid and/or powder form,

      wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.

Keto Burn is your partner in kickstarting weight loss goals. Improved energy and unique ketone metabolites supports your diet and work out efforts to optimize ketosis and help turn fat to fuel.*

- Boosts energy*
- Helps turn fat into fuel*
- Promotes ketosis*
- Thermogenic*

https://snapsupplements.com/keto



https://snapsupplements.com/keto

COMPLAINT - 6

**Supplement Facts**

Serving size 2 capsules
Servings per container 30

| Amount Per Serving | % Daily Value |
|---|---|
| Calcium (as Calcium Beta-Hydroxybutyrate) 28mg | 2% |
| Magnesium (as Magnesium Beta-Hydroxybutyrate) 13mg | 4% |
| Sodium (as Sodium Beta-Hydroxybutyrate) 52mg | 2% |
| Ketosis Kickstarter Blend 770 mg | * |
|     Sodium Beta-Hydroxybutyrate | * |
|     Calcium Beta-Hydroxybutyrate | * |
|     Magnesium Beta-Hydroxybutyrate | * |
|     Green Tea Leaf Extract (98% Polyphenols, 50% EGCG) | * |
|     Potassium Chloride | * |
|     Capsimax® (Red Pepper Extract) | * |

* Daily Value Not Established

Other Ingredients: Vegetable capsule (hydroxypropyl methylcellulose), Microcrystalline Cellulose, Vegetable Magnesium Stearate

https://snapsupplements.com/keto

**Supplement Facts**

Serving size 2 capsules
Servings per container 30

| Amount Per Serving | % Daily Value |
|---|---|
| Calcium (as Calcium Beta-Hydroxybutyrate) 28mg | 2% |
| Magnesium (as Magnesium Beta-Hydroxybutyrate) 13mg | 4% |
| Sodium (as Sodium Beta-Hydroxybutyrate) 52mg | 2% |
| Ketosis Kickstarter Blend 770 mg | * |
|     Sodium Beta-Hydroxybutyrate | * |
|     Calcium Beta-Hydroxybutyrate | * |
|     Magnesium Beta-Hydroxybutyrate | * |
|     Green Tea Leaf Extract (98% Polyphenols, 50% EGCG) | * |
|     Potassium Chloride | * |
|     Capsimax® (Red Pepper Extract) | * |

* Daily Value Not Established

Other Ingredients: Vegetable capsule (hydroxypropyl methylcellulose), Microcrystalline Cellulose, Vegetable Magnesium Stearate

(Based on the ingredients listed, Snap BHB is sold as an encapsulated powder.)

https://snapsupplements.com/keto

COMPLAINT - 7

**Supplement Facts**

Serving size 2 capsules
Servings per container 30

| Amount Per Serving | % Daily Value |
|---|---|
| Calcium (as Calcium Beta-Hydroxybutyrate) 28mg | 2% |
| Magnesium (as Magnesium Beta-Hydroxybutyrate) 13mg | 4% |
| Sodium (as Sodium Beta-Hydroxybutyrate) 52mg | 2% |
| Ketosis Kickstarter Blend 770 mg | * |
|    Sodium Beta-Hydroxybutyrate | * |
|    Calcium Beta-Hydroxybutyrate | * |
|    Magnesium Beta-Hydroxybutyrate | * |
|    Green Tea Leaf Extract (98% Polyphenols, 50% EGCG) | * |
|    Potassium Chloride | * |
|    Capsimax® (Red Pepper Extract) | * |

* Daily Value Not Established

Other Ingredients: Vegetable capsule (hydroxypropyl methylcellulose), Microcrystalline Cellulose, Vegetable Magnesium Stearate

https://snapsupplements.com/keto

26. Defendants have directly infringed claim 1 of the '403 Patent in the United States by making, using, offering for sale, selling, and/or importing Snap BHB in violation of 35 U.S.C. § 271(a). As such, Defendants are liable for infringement of the '403 Patent under 35 U.S.C. § 271(a).

27. Defendants have indirectly infringed the '403 Patent in this District and elsewhere in the United States by inducing others to make, use, offer for sale, and/or sell Snap BHB in violation of 35 U.S.C. § 271(b).

28. Defendants' infringement of the '403 Patent is knowing and willful and this case is exceptional, as evidenced by the fact that Defendants use the precise, patented formula of BHB protected by the '403 Patent.

29. Plaintiff has suffered harm as a result of Defendants' infringement of the '403 Patent, including in the form of lost profits and diverted sales and market share. Plaintiff is therefore entitled to recover damages sustained as a result of Defendants' wrongful acts in an

COMPLAINT - 8

amount to be proven at trial.

## SECOND CAUSE OF ACTION
### Patent Infringement – '362 Patent
### 35 U.S.C. §§ 1, *et seq.*

30. Plaintiff incorporates and realleges each and every allegation of the preceding paragraphs as if fully set forth herein.

31. Plaintiff owns all rights in the '362 Patent.

32. The '362 Patent is valid, enforceable, and was issued in full compliance of the patent laws of the United States.

33. Plaintiff and its licensees have marked their products in accordance with 35 U.S.C. § 287(a).

34. Without license or authorization, Defendants make, use, offer for sale, sell, and/or import Snap BHB containing compounds that infringe the '362 Patent.

35. On June 1, 2021, the '362 Patent, titled "Beta-hydroxybutyrate mixed salt compositions and methods of use" was duly and legally issued. A true and correct copy of the '362 Patent is attached as Exhibit B.

36. Snap BHB infringes at least claim 1 of the '362 Patent in the manner described below:

> 1. **A composition for increasing ketone level in a subject, comprising:**
>
>> at least three beta-hydroxybutyrate salts selected from:
>> sodium beta-hydroxybutyrate;
>> potassium beta-hydroxybutyrate;
>> calcium beta-hydroxybutyrate; and
>> magnesium beta-hydroxybutyrate;
>
>> wherein the composition is in solid and/or powder form,
>
>> wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.

COMPLAINT - 9



https://snapsupplements.com/keto

https://snapsupplements.com/keto

COMPLAINT - 10



(Based on the ingredients listed, Snap BHB is sold as an encapsulated powder.)

https://snapsupplements.com/keto

https://snapsupplements.com/keto

37. Defendants have directly infringed claim 1 of the '362 Patent in the United States

by making, using, offering for sale, selling, and/or importing Snap BHB in violation of 35 U.S.C. § 271(a). As such, Defendants are liable for infringement of the '362 Patent under 35 U.S.C. § 271(a).

38. Defendants have indirectly infringed the '362 Patent in this District and elsewhere in the United States by inducing others to make, use, offer for sale, and/or sell Snap BHB in violation of 35 U.S.C. § 271(b).

39. Defendants' infringement of the '362 Patent is knowing and willful and this case is exceptional, as evidenced by the fact that Defendants use the precise, patented formula of BHB protected by the '362 Patent.

40. Plaintiff has suffered harm as a result of Defendants' infringement of the '362 Patent, including in the form of lost profits and diverted sales and market share. Plaintiff is therefore entitled to recover damages sustained as a result of Defendants' wrongful acts in an amount to be proven at trial.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff respectfully prays that the Court enter judgment in its favor and award the following relief against Defendants:

A. A judgment that Defendants infringed the Asserted Patents directly and indirectly by inducement;

B. A finding that the Defendants' conduct alleged herein was willful and that this case is exceptional;

C. An order and judgment enjoining Defendants and their officers, directors, employees, agents, licensees, representatives, affiliates, related companies, servants, successors and assigns, and any and all persons acting in privity or in concert with any of them, from infringing Plaintiff's patents;

COMPLAINT - 12

D. An award of actual damages in an amount to be determined at trial for patent infringement.

E. Plaintiff's costs and attorneys' fees;

F. A judgment for treble damages and other punitive damages;

G. Any such other and further relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a jury trial on all matters triable to a jury.

DATED July 24, 2023.

/s/ Brian N. Platt
BRIAN N. PLATT (WSBA No. 34089)
bplatt@wnlaw.com
COLLIN D. HANSEN (*pro hac vice forthcoming*)
chansen@wnlaw.com
**WORKMAN | NYDEGGER**
60 East South Temple, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 533-9800

*Attorneys for Plaintiff Axcess Global Sciences, LLC*

COMPLAINT - 13